No. 78–6899. GODFREY *v.* GEORGIA. Sup. Ct. Ga. [Certiorari granted, *ante,* p. 897.] Motion of Rayfield Newlon for leave to file a brief as *amicus curiae* denied.

. No. 79–1. AMERICAN EXPORT LINES, INC. *v.* ALVEZ ET AL. Ct. App. N. Y. [Certiorari granted, *ante,* p. 924.] Motion of respondent Vinal Ship Maintenance for divided argument denied.

No. 79–4. WILLIAMS ET AL. *v.* ZBARAZ ET AL.;
No. 79–5. MILLER, ACTING DIRECTOR, DEPARTMENT OF PUBLIC AID OF ILLINOIS, ET AL. *v.* ZBARAZ ET AL.; and
No. 79–491. UNITED STATES *v.* ZBARAZ ET AL. D. C. N. D. Ill. [Probable jurisdiction postponed, *ante,* p. 962.] Motions of Washington Legal Foundation and United States Catholic Conference for leave to file briefs as *amici curiae* granted.

No. 79–8. UNITED STATES *v.* RADDATZ. C. A. 7th Cir. [Certiorari granted, *ante,* p. 824.] Motion of the Solicitor General to permit Andrew J. Levander, Esquire, to present oral argument *pro hac vice* granted.

No. 79–48. ANDRUS, SECRETARY OF THE INTERIOR, ET AL. *v.* GLOVER CONSTRUCTION Co. C. A. 10th Cir. [Certiorari granted, *ante,* p. 962.] Motion of Association of American Indian Affairs et al. for leave to file a brief as *amici curiae* granted.

No. 79–81. COFFY *v.* REPUBLIC STEEL CORP. C. A. 6th Cir. [Certiorari granted, *ante,* p. 924.] Motion of the Solicitor General to permit Alan I. Horowitz, Esquire, to present oral argument *pro hac vice* granted.

No. 79–116. THOMAS *v.* WASHINGTON GAS LIGHT Co. ET AL. C. A. 4th Cir. [Certiorari granted, *ante,* p. 962.] Motion of the Solicitor General for divided argument granted.